IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20129
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FERNANDO ECHEVERRY, a/k/a Fernando Echeverryi,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CR-160-1
- - - - - - - - - -
June 17, 1997

Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Federal prisoner Fernando Echeverry's motion for leave to proceed *in forma pauperis* (IFP) and for production of a transcript at government expense is hereby DENIED. Echeverry has not indicated any nonfrivolous issues he wishes to raise with the aid of the transcript he seeks. He may not receive a transcript at government expense so that he may conduct a "fishing

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

expedition" to seek out possible errors at trial. *See United States v. Herrera*, 474 F.2d 1049, 1049 (5th Cir. 1973). Echeverry can raise no nonfrivolous issues on appeal; his appeal therefore is dismissed.

APPEAL DISMISSED. 5TH CIR. R. 42.2.